IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARDY DIAGNOSTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-351 (CJB) |
| | ) |
| VITAL CONNECT, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *VitalConnect's Preliminary Invalidity Contentions* were caused to be served on October 25, 2023 upon the following in the manner indicated:

Philip A. Rovner, Esquire                                              VIA ELECTRONIC MAIL
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Plaintiff Bardy Diagnostics, Inc.*

Michael H. Fleck, Esquire                                              VIA ELECTRONIC MAIL
Louis A. Klapp, Esquire
Edgar Matias, Esquire
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL  60602
*Attorneys for Plaintiff Bardy Diagnostics, Inc.*

Stephen M. Hankins, Esquire                                            VIA ELECTRONIC MAIL
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
*Attorneys for Plaintiff Bardy Diagnostics, Inc.*

- 2 -

OF COUNSEL:

Richard F. Martinelli
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
(212) 506-5000

Gerald E. Porter
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071
(213) 629-2020

Tammy Su
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

Parth Sagdeo
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA  02116
(617) 880-1800

October 26, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant Vital Connect, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff Bardy Diagnostics, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael H. Fleck, Esquire<br>Louis A. Klapp, Esquire<br>Edgar Matias, Esquire<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W. Madison Street, Suite 2900<br>Chicago, IL  60602<br>*Attorneys for Plaintiff Bardy Diagnostics, Inc.* | *VIA ELECTRONIC MAIL* |
| Stephen M. Hankins, Esquire<br>RILEY SAFER HOLMES & CANCILA LLP<br>456 Montgomery Street, 16th Floor<br>San Francisco, CA  94104<br>*Attorneys for Plaintiff Bardy Diagnostics, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)